IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT REGINALD ESTRADA, | ) ) | |
| Petitioner(s), | ) ) | No. C 09-5217 CRB (PR) |
| vs. | ) ) | ORDER OF DISMISSAL |
| NINTH CIRCUIT FEDERAL COURT, | ) ) | (Docket # 1) |
| Respondent(s). | ) ) | |

On November 17, 2009, the post office returned the court's mail to petitioner as undeliverable. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk shall enter judgment in accordance with this order, terminate all pending motions (see docket # 1) as moot and close the file.

SO ORDERED.

DATED: Feb. 16, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\Estrada, R1.dismiss.wpd